```
 1  MURIEL B. KAPLAN (St. Bar #124607)
    MICHELE R. STAFFORD (St. Bar #172509)
 2  SALTZMAN & JOHNSON LAW CORPORATION
    44 Montgomery Street, Suite 2110
 3  San Francisco, CA  94104
    Tel: (415) 882-7900
 4  Fax: (415) 882-9287
    Email mkaplan@sjlawcorp.com
 5        mstafford@sjlawcorp.com

 6  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ORSON MECHANICAL CO., etc., <br><br> Defendant. | NO. C 12 6371 MEJ <br><br> **SUBSTITUTION OF ATTORNEYS** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORDS, please take notice that Plaintiffs, BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 104 HEALTH CARE TRUST, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; BRUCE WORD, TRUSTEE, hereby make the following substitution of attorneys:

<u>Former Attorneys:</u>
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 231
Sausalito, CA 94965

should be removed and, consequently, should no longer receive notice of e-Filings.

SUBSTITUTION OF ATTORNEY                                                1

1 | Plaintiffs' new co-counsel of record will be:

2 | MURIEL B. KAPLAN (St. Bar #124607)
MICHELE R. STAFFORD (St. Bar #172509)
3 | SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
4 | San Francisco, CA 94104
Tel: (415) 882-7900
5 | Fax: (415) 882-9287
Email mkaplan@sjlawcorp.com
6 |       mstafford@sjlawcorp.com

7 | The following attorneys consent to this substitution:

8 | Dated: 3/21 , 2013    ERSKINE & TULLEY
A PROFESSIONAL CORPORATION

9

10

    MICHAEL J. CARROLL
11 |     Former Attorneys for Plaintiffs
    Boards of Trustees, et al.

12 | Dated: 4/2/13 , 2013    SALTZMAN & JOHNSON LAW CORPORATION
13

14 |     MURIEL B. KAPLAN
15 |     New Attorneys for Plaintiffs
    Boards of Trustees, et al.

16

17

18

19 | The Plaintiffs Boards of Trustees of the Sheet Metal Workers, et al.

20 | hereby consent to the above substitution.

21 | Dated: 3/21 , 2013    BOARDS OF TRUSTEES OF THE SHEET METAL
    WORKERS, et al.
22

23 |     Bruce Word, Trustee

24

25

26 | IT IS SO ORDERED.

27 | Dated: April 3 , 2013
    Magistrate Judge Maria-Elena James
28 |     United States District Court

SUBSTITUTION OF ATTORNEY    2