1  MURIEL B. KAPLAN (St. Bar #124607)
   MICHELE R. STAFFORD (St. Bar #172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA  94104
   Tel: (415) 882-7900
4  Fax: (415) 882-9287
   Email mkaplan@sjlawcorp.com
5         mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARDS OF TRUSTEES OF THE SHEET    )   NO. C 12 6371 MEJ
   METAL WORKERS, et al.,             )
12                                    )   SUBSTITUTION OF
                       Plaintiffs,    )   ATTORNEYS
13                                    )
          vs.                         )
14                                    )
   ORSON MECHANICAL CO., etc.,        )
15                                    )
                       Defendant.     )
16 _____)

17     TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORDS, please

18 take notice that Plaintiffs, BOARDS OF TRUSTEES OF THE SHEET METAL

19 WORKERS LOCAL 104 HEALTH CARE TRUST, SHEET METAL WORKERS PENSION TRUST

20 OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION,

21 HOLIDAY SAVINGS PLAN; BRUCE WORD, TRUSTEE, hereby make the following

22 substitution of attorneys:

23 Former Attorneys:
   ERSKINE & TULLEY
24 A PROFESSIONAL CORPORATION
   MICHAEL J. CARROLL (St. Bar #50246)
25 3030 Bridgeway, Suite 231
   Sausalito, CA 94965
26

27 should be removed and, consequently, should no longer receive

28 notice of e-Filings.

   SUBSTITUTION OF ATTORNEY                                        1

1  Plaintiffs' new co-counsel of record will be:

2  MURIEL B. KAPLAN (St. Bar #124607)
   MICHELE R. STAFFORD (St. Bar #172509)
3  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
4  San Francisco, CA  94104
   Tel: (415) 882-7900
5  Fax: (415) 882-9287
   Email mkaplan@sjlawcorp.com
6        mstafford@sjlawcorp.com

7  The following attorneys consent to this substitution:

8  Dated:  3/21  , 2013          ERSKINE & TULLEY
                                   A PROFESSIONAL CORPORATION
9

10                                 _____
                                   MICHAEL J. CARROLL
11                                 Former Attorneys for Plaintiffs
                                   Boards of Trustees, et al.
12
    Dated:  4/2/13  , 2013        SALTZMAN & JOHNSON LAW CORPORATION
13

14                                 _____
                                   MURIEL B. KAPLAN
15                                 New Attorneys for Plaintiffs
                                   Boards of Trustees, et al.
16

17

18

19 The Plaintiffs Boards of Trustees of the Sheet Metal Workers, et al.

20 hereby consent to the above substitution.

21 Dated:  3/21  , 2013           BOARDS OF TRUSTEES OF THE SHEET METAL
                                   WORKERS, et al.
22

23                                 _____
                                   Bruce Word, Trustee
24

25

26 IT IS SO ORDERED.

27 Dated:  April 3  , 2013        _____
                                   Magistrate Judge Maria-Elena James
28                                 United States District Court

SUBSTITUTION OF ATTORNEY                                            2